Supreme Court

In the Matter of Rosemary A. Macero.          No. 2013-7-M.P.

ORDER

This matter came before the Court at its conference on February 14, 2013, pursuant to a petition for reinstatement to the practice of law submitted in accordance with Article III, Rule 16 of the Supreme Court Rules of Disciplinary Procedure. The petitioner, Rosemary A. Macero, was suspended from the practice of law for one year by order of this Court on September 21, 2011. On January 13, 2013, she filed her petition for reinstatement as an inactive member of the bar.

Disciplinary Counsel conducted an investigation to determine whether there is any evidence that the petitioner does not presently possess the requisite moral fitness to resume the practice of law in this state. It was the recommendation of Disciplinary Counsel that the petition be granted.

The petitioner appeared before this Court with counsel. After review of the petition, the report and recommendation of Disciplinary Counsel, and the representations of the petitioner and her counsel, we deem that the petition should be granted.

Accordingly, the petitioner, Rosemary A. Macero, is hereby reinstated to the practice of law in this state as an inactive member of the bar.

Entered as an Order of the Court this 15th Day of February, 2013.

By Order,

_____/s/_____
Clerk



# RHODE ISLAND SUPREME COURT CLERK'S OFFICE

## *Clerk's Office Order/Opinion Cover Sheet*

**TITLE OF CASE:**          In the Matter of Rosemary A. Macero.

**CASE NO:**          No. 2013-7-M.P.

**COURT:**          Supreme Court

**DATE ORDER FILED:**          February 15, 2013

**JUSTICES:**          Suttell, C.J., Goldberg, Flaherty, Robinson, and Indeglia, JJ.

**WRITTEN BY:**          N/A – Court Order

**JUDGE FROM LOWER COURT**:

          N/A – Court Order

**ATTORNEYS ON APPEAL:**

          For Petitioner:     Lauren E. Jones, Esq.

          For Respondent:   David Curtin, Esq.
                              Chief Disciplinary Counsel